Thomas J. D'Amato - 219174
   TDamato@mpbf.com
Jeff C. Hsu - 246125
   JHsu@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA 90071
Telephone: (213) 327-3500
Facsimile: (213) 627-2445

Attorneys for Defendant
ADVANCED CALL CENTER
TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA– EASTERN DIVISION

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>            Plaintiff,<br><br>     v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGIES, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-10017-DTB<br><br>**NOTICE OF DEFENDANT ADVANCED CALL CENTER TECHNOLOGIES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  March 2, 2017<br>Hearing Time:  10:00 a.m.<br>Courtroom.:  3<br><br>[Separate Statement of Undisputed Material Facts, Memorandum of Points and Authorities, Request for Judicial Notice and Declarations of Marc Keller and Jeff C. Hsu filed concurrently] |

TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 10:00 a.m. on March 2, 2017, in Courtroom 3 of the above-captioned Court, pursuant to the parties Joint Report (Docket No. 41) and this Court's Minute Order of December 12, 2016 (Docket No. 42), Defendant ADVANCED CALL CENTER TECHNOLOGIES, LLC ("Defendant") will and hereby does move the Court for Summary Judgment as to Plaintiff ROBERT HINDERSTEIN ("Plaintiff") remaining claims for harassment under the Federal Fair Debt Collection Practices Act

- 1 -

("FDCPA") (15 U.S.C. § 1692d) and California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act") (Cal. Civ. Code § 1788.17).

As set forth more fully the concurrently-filed Memorandum of Points and Authorities, Defendant's Motion is made on grounds that undisputed facts show conclusively that Defendant's collection efforts did not violate the FDCPA (15 U.S.C. § 1692d) and Rosenthal Act (Cal. Civ. Code § 1788.17) with respect to Plaintiff. Plaintiff's claims are thus without merit and Defendant is entitled to judgment as a matter of law.

This Motion is based on the papers and pleadings on file in this case, the concurrently-filed Separate Statement of Undisputed Material Facts, Memorandum of Points and Authorities, Request for Judicial Notice and Declarations of Marc Keller and Jeff C. Hsu and the exhibits attached thereto, and upon such oral and documentary evidence as may be presented at the hearing thereon.

Dated: December 30, 2016

MURPHY, PEARSON, BRADLEY & FEENEY

By */s/ Jeff C. Hsu*
Jeff C. Hsu
Attorneys for Defendant
ADVANCED CALL CENTER
TECHNOLOGIES, LLC

JCH.

- 2 -