Thomas J. D'Amato - 219174
  TDamato@mpbf.com
Jeff C. Hsu - 246125
  JHsu@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
Telephone:   (213) 327-3500
Facsimile:   (213) 627-2445

Attorneys for Defendant
ADVANCED CALL CENTER
TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-10017-DTB<br><br>**PROPOSED ORDER RE DEFENDANT ADVANCED CALL CENTER TECHNOLOGIES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:    March 2, 2017<br>Hearing Time:    10:00 a.m.<br>Courtroom.:    3 |

The Motion for Summary Judgment brought by Defendant ADVANCED CALL CENTER TECHNOLOGIES, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 56(c), having come for hearing and the Court having considered all relevant documents, evidence, and arguments of counsel, and good cause appearing therefor, orders as follows:

///

///

///

///

- 1 -

Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of Defendant as to each claim for relief in the First Amended Complaint of Plaintiff ROBERT HINDERSTEIN ("Plaintiff"), namely: (1) violation of the Fair Debt Collection Practice Act ("FDCPA"); and (2) violation of California's Rosenthal Act.

IT IS SO ORDERED.


Dated: _____, 2016    _____
Honorable David T. Bristow
Magistrate Judge
U.S.D.C., Central District of California

- 2 -