PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
ROBERT HINDERSTEIN

# DISTRICT COURT OF CALIFORNIA

# IN THE CENTRAL DISTRICT

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, a corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:15-cv-10017<br><br>**DECLARATION OF ROBERT HINDERSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:    March 2, 2017<br>Hearing Time:    10:00 a.m.<br>Courtroom:       3<br><br>[Separate Statement of Undisputed Material Facts, Memorandum of Points and Suthorities, Request for Judicial Notice and Declaration of Robert Hinderstein filed concurrently] |

I, Robert Hinderstein, declare that:

1. I am the Plaintiff in the above referenced matter. I am familiar with all of the facts with regard to this case, and the procedural history thereof.

2. Starting in April, 2015, Defendant Advanced Call Center Technologies began calling my cell phone to collect on a debt.

- 1 -

3. Between April 3, 2015 and May 10, 2015, Defendant called my cellular telephone one hundred forty two (142) times, calling from telephone numbers (866) 534-3753; (866) 312-8374; and (866) 445-6538.

4. Within that timeframe, between April 23, 2015 and May 10, 2015, Defendant called my cellular telephone no less than forty-nine (49) times.

5. Each time my phone rang, I had to stop what I was doing to either answer the phone, attempt to answer the phone, or silence the call.

6. Each time the phone rang, it disrupted my daily activities and train of thought, causing distraction, frustration, and anxiety.

DATED this 30 day of December 2016.

By: _____

**Robert Hinderstein**
**Plaintiff**

- 2 -