PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
ROBERT HINDERSTEIN

## DISTRICT COURT OF CALIFORNIA

## IN THE CENTRAL DISTRICT

| | |
|---|---|
| ROBERT HINDERSTEIN, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, a corporation; and DOES 1 to 10, inclusive, <br><br> Defendant(s). | Case No.: 2:15-cv-10017 <br><br> **DECLARATION OF STUART PRICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: March 2, 2017 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 3 <br><br> [Notice of Motion, Separate Statement of Undisputed Material Facts, Memorandum of Points and Authorities and Declaration of Robert Hinderstein filed concurrently] |

I, Stuart Price, declare that:

1. I am an attorney duly licensed to practice in all courts of the State of California, and am a Partner with the Price Law Group. I have personal knowledge of the information set forth herein below, unless notes as based on information and belief, all of which is

- 1 -

true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's call log, showing approximately forty-nine (49) calls made to Plaintiff's cellular telephone by Defendant, between April 23, 2015 and May 10, 2015.

3. Defendant has not disputed the amount of calls, and has stated that it counts one-hundred forty-two (142) calls made to Plaintiff's cellular telephone by Defendant from April 3, 2015 through May 10, 2015.  See attached Exhibit B.

4. Upon information and belief, Defendant has a written policy to call an individual debtor five (5) times a day on week days, three (3) times a day on Saturdays, and two (2) times a day on Sundays.  In this instance, the one-hundred forty-two (142) calls Defendant admits to making, and the forty-nine (49) calls that Plaintiff recorded between April 23, 2015 and May 10, 2015 are in keeping with Defendant's afore mentioned policy.

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this 30th day of December 2016 in Los Angeles, California.

DATED this 30 day of December 2016.

By: ___/s/ Stuart M. Price_____
                    **Stuart M. Price**

- 2 -

EXHIBIT A

PHONE LOG


MAY 29

877-335-6951

MACY'S / BLOOMINGDALES

844-370-0315

MACY'S


MAY 28

800- 295-4057 BLOOMINGDALES

844-370-0315

844-370-0315

BLOOMINGDALES

877-335-6951

844-370-0315

844-370-0315


MAY 27

BLOOMINGDALES

844-370-0315

844-370-0315

BLOOMINGDALES

877-335-6951

844-370-0315

844-370-0315

BLOOMINGDALES

MAY 26

BLOOMINGDALES

866-544-0735

513-573-7978 – MACY'S

778-840-3220

866-747-2455

800-956-4442

866-554-0753

866-554-0753

866-554-0753

877-335-6951

800-782-7756

MACY'S


MAY 25

866-544-0753

866-544-0753

BLOOMINGDALES

866-544-0753

BLOOMINGDALES

866-544-0753

BLOOMINGDALES

MAY 24

BLOOMINGDALES

866-544-0753

BLOOMINGDALES

866-544-0753

866-544-0753

BLOOMINGDALES

866-544-0753

BLOOMINGDALES


MAY 23

866-544-0753

BLOOMINGDALES

866-544-0753

800-782-7756

866-544-0753


MAY 22

866-544-0753

866-544-0753

727-556-5772

MAY 21

866-544-0753

866-544-0753

727-556-5772

877-335-6951

866-775-3515

MACY'S

727-556-5772

866-544-0753


MAY 20

866-544-0753

866-544-0753

877-335-6951

866-544-0753


MAY 19

727-556-5772 – REVOKED – 11:10 – CAROLINE MALIKE

866-544-0753

866-544-0753

727-556-5772

MAY 18

844-370-0307

BLOOMINGDALES

844-370-0307

877-335-6951

BLOOMINGDALES

844-370-0307

MACY'S

844-370-0307

BLOOMINGDALES


MAY 17

BLOOMINGDALES

BLOOMINGDALES

844-370-0307

BLOOMINGDALES

844-370-0307

BLOOMINGDALES

844-370-0307


MAY 16

BLOOMINGDALES

BLOOMINGDALES

844-370-0307

MAY 15

BLOOMINGDALES

844-370-0307

844-370-0307

BLOOMINGDALES

MACY'S

MACY'S

844-370-0307

BLOOMINGDALES


MAY 14

BLOOMINGDALES

844-370-0307

MACY'S

844-370-0307

BLOOMINGDALES

844-370-0307

MACY'S

COMENITY

MACY'S

MAY 13

844-370-0307

844-370-0307

866-775-3515

866-775-3515

844-370-0307

844-370-0307

BLOOMINGDALES


MAY 12

BLOOMINGDALES

844-370-0315

BLOOMINGDALES

844-370-0315

BLOOMINGDALES

BLOOMINGDALES

844-370-0315

800-782-7756

913-971-0327 – REVOKED 9:22 MOLLY

513-754-9873

MACYS/BLOOM

MAY 11

BLOOMINGDALES

844-370-0315 – 6:40

BLOOMINGDALES

BLOOMINGDALES

COMENITY –  REVOKED  3:59 WILLIAM

844-370-0315 - REVOKED 3:40 NATLIE

BLOOMINGDALES

COMENITY

913-971-0327

BLOOMINGDALES

844-370-0315

800-782-7756

COMENITY


MAY 10

866-445-6538  - REVOKED 11:05 AM MR. GUSSLER


MAY 9

844-370-0315

866-445-6538

866-445-6538

844-370-0315

866-445-6538

MAY 8

844-370-0315

844-370-0315

COMENITY

513-373-8028

BLOOMINGDALES

COMENITY

COMENITY

BLOOMINGDALES

COMENITY

513-573-8028

844-370-0315

844-271-2550

CMENITY

844-370-0315


MAY 7, 2015

844-370-0315

866-445-6538

866-312-8374

866-312-8374

913-971-0327

888-895-5675

866-312-8374

May 6

844-370-0315

BLOOMINGDALES – REVOKED CONSCENT 5:18  ILEAN

844-370-0315

NCO – REVOKED 3:20  LOUISA CABALLA

NCO

913-971-0327

800-782-7756

NCO

844-370-0315

May 5, 2015

NCO

866-544-0753

866-312-8374

MACYS

NCO

COMENITY

NCO

866-312-8374

866-544-0753

MACYS

866-312-8374

COMENITY

866-544-0753

866-312-8374

COMENITY

NCO

MACYS

800-782-7756

800-782-7756

COMENITY

866-312-8374

MAY 4

804-621-8106

625-671-1452

BLOOMINGDALES -800-295-4057

866-544-0753

BLOOMINGDALES

866-544-0753

NCO

NCO

866-544-0753

NCO

NCO

866-544-0753

MACYS

800-782-7756

MAY 3

MACYS

NCO

NCO

NCO

MACYS

NCO

877-822-2014

MACYS

877-822-2014

NCO

MACYS

877-822-2014

MAY 2 2015

COMENITY

MACYS

844-271-2550

844-271-2550

Macys 513-754-9822

COMENITY 614-212-5287

MAY 1 2015

877-822-2014

NCO 301-223-0072

866-312-8374

NCO 301-223-0072

NCO 310-223-0072

866-312-8374

NCO 301-223-0072

877-822-2014

866-312-8374

MACYS 727-556-7300

MACYS

866-312-8374

NCO 310-223-0072

877-822-2014

MACYS

877-822-2014

866-312-8374

877-587-5727

MACYS

APRIL 30

877-822-2014

NCO 313-444-2971

877-822-2014

866-312-8374

NCO

NCO

MACYS

MACYS

NCO

866-534-3753

877-822-2014

MACYS

MACYS

866-534-3753

877-822-2014

NCO

MACYS

MACYS

866-534-3753

877-822-2014

APRIL 29

COMENTY 913-563-5511

877-822-2014

COMENITY

COMENITY

NCO

COMENITY

NCO

877-822-2014

COMENITY

NCO

MACYS

MACYS

877-822-2014

866-534-3753

MACYS

MACYS

MACYS

COMENITY

866-534-3753

NCO

MACYS

MACYS

866-534-3753

877-822-2014

APRIL  28

NCO

MACYS

MACYS

NCO

877-822-2014

877-822-2014

NCO

866-534-3753

MACYS

MACYS

866-534-3753

877-822-2014

888-895-5675

866-534-3753

NCO

MACYS

877-822-2014

866-534-3753

APRIL 27

MACYS

877-822-2014

NCO

NCO

866-534-3753

NCO

972-217-8339

866-534-3753

866-534-3753

877-822-2014

BARCLAYS 302-255-8000

866-534-3753

877-822-2014

NCO

MACYS

MACYS

866-534-3753

877-822-2014

APRIL 26

866-534-3753

NCO

NCO

NCO

866-534-3753

NCO

877-822-2014

COMENITY

866-534-3753

844-271-2550

COMENITY

877-822-2014

NCO

MACYS

COMENITY


APRIL 25

NCO

NCO

NCO

NCO

866-534-3753

866-534-3753

COMENITY

NCO

COMENITY

877-822-2014

COMENITY

866-534-3753

FACS 727-556-5492


APRIL 24

NCO

NCO

866-534-3753

NCO

NCO

866-534-3753

866-534-3753

877-822-2014

NCO

FACS

FACS

866-534-3753

877-822-2014

FACS

FACS

877-822-2014

866-534-3753

APRIL 23

877-822-2014

NCO

NCO

866-534-3753

877-822-2014

NCO

NCO

FACS

FACS

866-445-6548

877-822-2014

BARCLAYS

FACS

FACS

866-445-6548

877-822-2014

844-339-2489

866-445-6548

NCO

FACS

844-339-4289

844-339-4289

FACS

877-822-2014

866-445-6548


APRIL 22

FACS

COMENITY

COMENITY

FACS

COMENITY

NCO

NCO

FACS

866-445-6548

MACYS

NCO

COMENITY

NCO

877-822-2014

877-822-2014

866-445-6548

FACS

866-445-6548

FACS

866-445-6548

844-339-4289

866-445-6548

NCO

877-822-2014

MACYS

844-271-2550

877-822-2014

COMENITY


APRIL 21

877-822-2014

NCO

NCO

866-445-6548

FACS

FACS

NCO

NCO

BARCLAYS

PROV 866-747-2455

866-445-6548

888-393-7162

FACS

MACYS

866-445-6548

877-822-2014

866-445-6548

NCO

MACYS

MACYS

866-445-6548

877-822-2014


APRIL 20

MACYS

COMENITY

877-822-2014

877-822-2014

COMENITY

NCO

NCO

866-445-6548

NCO

NCO

COMENITY

MACYS

866-445-6548

866-445-6548

COMENITY

877-822-2014

866-445-6548

COMENTY

NCO

MACYS

MACYS

COMENITY

COMENITY

877-822-2014

COMENITY

877-822-2014

866-445-6548


APRIL 19

NCO

NCO

NCO

866-445-6548

NCO

MACYS

877-822-2014

877-822-2014

866-445-6548

877-822-2014

Macys

NCO


APRIL 18

NCO

MACYS

NCO

NCO

NCO

866-445-6548

877-822-2014

NCO

866-445-6548

877-822-2014

MACYS

NCO

877-822-2014

877-822-2014

866-445-6548


APRIL 17

877-822-2014

NCO

NCO

866-445-6548

COMENITY

NCO

COMENTIY

NCO

877-822-2014

866-455-6548

866-445-6548

PROV 866-747-2455

COMENITY

866-445-6548

COMENITY

NCO

MACYS

MACYS

844-271-2550

866-445-6548

877-822-2014


APRIL 16

877-822-2014

NCO

NCO

NCO

EXHIBIT B

# RE: Activity in Case 2:15-cv-10017-DTB Robert Hinderstein v. Advanced Call Center Technologies, LLC et al Telephone Conference

## Jeff Hsu <JHsu@MPBF.com>

Thu 12/15/2016 6:47 PM

To:Stuart Price <stuart@pricelawgroup.com>;

Cc:Mark Molner <mark@pricelawgroup.com>;

Ⓤ  2 attachments (33 KB)

Voicemail Transcription 8-31-2015-Robert HindersteinDakota Gilbert.docx; Voicemail Transcription 5-10-2015-Robert HindersteinJason.docx;

Hi Stuart,

I wanted to follow up with you and to confirm the following additional stipulated facts for the dispositive motions:

1.  We can agree on the number of calls made (how many per day, how many over a period of time):  142 calls attempts over the course of 38 days.  First call attempts made on 4/3/2015, last call 5/10/2015.  All call attempts between 8am and 6:30 pm.  Never move than 5 call attempts a day.  At least 90 min between each call attempt.
2.  We can agree that on [date], plaintiff requested that there be no more calls  and that defendant stopped calling: May 10, 2015. No more call attempts afterwards.  Only other communication was an inbound call from Mr. Hinderstein to ACCT on August 31, 2015.
3.  We can agree on how many calls there were where there was actual discussion (I think 2):  2.  I have taken the liberty of having the two conversations transcribed.  I have attached transcripts for your review and approval.

Please advise if you will stipulate to these facts.

Jeff