PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
ROBERT HINDERSTEIN

## DISTRICT COURT OF CALIFORNIA

## IN THE CENTRAL DISTRICT

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, a corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:15-cv-10017<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:    March 2, 2017<br>Hearing Time:    10:00 a.m.<br>Courtroom:    3<br><br>[Notice of Motion, Memorandum of Points and Authorities, and Declarations of Robert Hinderstein and Stuart Price filed concurrently] |

Plaintiff ROBERT HINDERSTEIN ("Plaintiff") submits the following Statement of

Undisputed Material Facts in support of his concurrently-filed Motion for Summary Judgment as

to each claim for relief in his First Amended Complaint.

- 1 -

1.  Plaintiff maintained a GAP-branded credit card, issued by Synchrony Financial ("Synchrony"). *Declaration of Marc Keller* ["Keller Decl."] at paragraph 15;

2.  Defendant engages in the collection of debts on behalf of creditors, including Synchrony. *Keller Decl.* at ¶ 1.

3.  Synchrony placed Plaintiff's credit card account with Defendant for collections on April 3, 2015. *Keller Decl.* at ¶ 14.

4.  On April 3, 2015, Defendant mailed Plaintiff a Debt Validation Notice to the address provided for Plaintiff by Synchrony Financial. *Keller Decl.* at ¶ 15; Debt Validation Notice, *Keller Decl.* at Exhibit 1.

5.  Afterwards, Defendant attempted to place calls to Plaintiff to for the purpose of collecting Plaintiff's debt on behalf of Synchrony. *Keller Decl.* at ¶ 27.

6.  From April 3, 2015 through May 10, 2015, Defendant admits to calling Plaintiff one-hundred forty-two (142) times. *Declaration of Stuart Price* ["Price Decl."] at paragraph 3; Email of Jeff Hsu, *Price Decl*. at Exhibit B.

7.  From April 23, 2015 through May 10, 2015, Defendant called Plaintiff at least forty-nine (49) times. *Declaration of Robert Hinderstein* ["Hinderstein Decl."] at paragraph 4; *Price Decl*. at ¶ 2; Call Log of Robert Hinderstein at Exhibit A.

8.  Upon information and belief, Defendant has a written policy to call an individual debtor five (5) times a day on week days, three (3) times a day on Saturdays, and two (2) times a day on Sundays. In this instance, the one-hundred forty-two (142) calls that Defendant admits to making, and the forty-nine (49) calls that Plaintiff recorded

between April 23, 2015 and May 10, 2015 are in keeping with Defendant's afore mentioned policy. *Price Decl.* at ¶ 4.

9. Each time Plaintiff's cellular telephone rang, he had to stop what he was doing to either answer the phone, attempt to answer the phone, or silence the call, which disrupted his daily activities and train of thought, causing Plaintiff to experience distraction, frustration, and anxiety. *Hinderstein Decl.* at ¶¶ 5, 6.

DATED this 30 day of December 2016.

PRICE LAW GROUP, APC


By:    /s/Stuart M. Price

Stuart M. Price (SBN 150439)
**Attorney for Plaintiff**
**Robert Hinderstein**