PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
ROBERT HINDERSTEIN

# DISTRICT COURT OF CALIFORNIA

# IN THE CENTRAL DISTRICT

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, a corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:15-cv-10017<br><br>**NOTICE OF PLAINTIFF ROBERT HINDERSTEIN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   March 2, 2017<br>Hearing Time:   10:00 a.m.<br>Courtroom:      3<br><br>[Separate Statement of Undisputed Material Facts, Memorandum of Points and Authorities, and Declarations of Robert Hinderstein and Stuart Price filed concurrently] |

TO DEFENDANT AND ITS COUNSEL OF RECORD:  PLEASE TAKE

NOTICE that at 10:00 a.m. on March 2, 2017, in Courtroom 3 of the above-

captioned Court, pursuant to the parties Joint Report (Docket No. 41) and this

Court's Minute Order of December 12, 2016 (Docket No. 42), Plaintiff ROBERT

HINDERSTEIN ("Plaintiff") will and hereby does move the Court for Summary

- 1 -

Judgment as to Plaintiff ROBERT HINDERSTEIN ("Plaintiff") remaining claims for harassment under the Federal Fair Debt Collection Practices Act ("FDCPA") (15 U.S.C. § 1692d) and California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act") (Cal. Civ. Code § 1788.17). As set forth more fully the concurrently-filed Memorandum of Points and Authorities, Plaintiff's Motion is made on grounds that undisputed facts show conclusively that Plaintiff's collection efforts violated the FDCPA (15 U.S.C. § 1692d) and Rosenthal Act (Cal. Civ. Code § 1788.17) with respect to Plaintiff. Plaintiff's is entitled to judgment as a matter of law. This Motion is based on the papers and pleadings on file in this case, the concurrently-filed Separate Statement of Undisputed Material Facts, Memorandum of Points and Authorities, Request for Judicial Notice and Declarations of Robert Hinderstein and the exhibits attached thereto, and upon such oral and documentary evidence as may be presented at the hearing thereon.

DATED this 30 day of December 2016.

PRICE LAW GROUP, APC


By: __/s/Stuart M. Price_____

Stuart M. Price (SBN 150439)
**Attorney for Plaintiff**
**Robert Hinderstein**

- 2 -