PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
ROBERT HINDERSTEIN

## DISTRICT COURT OF CALIFORNIA

## IN THE CENTRAL DISTRICT

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, a corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:15-cv-10017<br><br>**PROPOSED ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  March 2, 2017<br>Hearing Time:  10:00 a.m.<br>Courtroom:  3 |

The Motion for Summary Judgment brought by Plaintiff ROBERT

HINDERSTEIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure 56(c),

having come for hearing and the Court having considered all relevant documents,

evidence, and arguments of counsel, and good cause appearing therefor, orders as

follows:

- 1 -

Plaintiff's Motion for Summary Judgment is granted and judgment is entered in favor of Plaintiff as to each claim for relief in Plaintiff's First Amended Complaint, namely: (1) violation of the Fair Debt Collection Practice Act ("FDCPA"); and (2) violation of California's Rosenthal Act.

IT IS SO ORDERED.

Dated: _____, 2017          _____
                                       Honorable David T. Bristow
                                       Magistrate Judge
                                       U.S.D.C., Central District of California