JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HINDERSTEIN, | Case No. CV 15-10017-DTB |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| ADVANCED CALL CENTER TECHNOLOGIES, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Findings of Fact and Conclusions of Law filed on February 27, 2017,

    IT IS ORDERED AND ADJUDGED that Judgment be entered as follows: In favor of defendant on plaintiff's claims for harassment under the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act.

/ / /
/ / /
/ / /
/ / /
/ / /

Any motion for attorney's fees or application to tax costs shall be filed in accordance with the Federal Rules of Civil Procedure and/or Local Rules following the entry of Judgment by the Court.

DATED: February 28, 2017

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE